IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| WAYNE CHADICK, | § | |
| | § | |
| PLAINTIFF, | § | CIVIL ACTION CAUSE NUMBER |
| v. | § | |
| | § | 2:12-CV-098-J |
| JUSTIN SHEA DAVIS d/b/a GATOR OILFIELD SERVICES, LLC, | § § § | |
| | § | |
| DEFENDANT. | § | |

## SECOND AMENDED FINAL JUDGMENT

The Court having granted Plaintiff's motion for entry of a final default judgment in favor of the Plaintiff, judgment based upon Defendant Justin Shea Davis, Individually and doing business as Gator Oilfield Services, LLC's default by failure to timely answer Plaintiff's second amended complaint is hereby entered for Plaintiff Wayne Chadick against Defendants Defendant Justin Shea Davis, Individually and doing business as Gator Oilfield Services, LLC, for $54,501.88 in unpaid overtime and minimum wages, and $54,501.88 in liquidated damages, for a total damages amount of $109,003.76, plus attorneys fees and costs in the amount of $4,348.00, for a total judgment amount of $113,351.76. This judgment is a final judgment on all of the claims and causes of action brought by the Plaintiff against Defendant Justin Shea Davis, Individually and doing business as Gator Oilfield Services, LLC.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff Wayne Chadick have and recover the sum of One Hundred and Thirteen Thousand Three Hundred and Fifty-One Dollars and Seventy-Six Cents ($113,351.76) from Defendant Justin Shea Davis, Individually and doing business as Gator Oilfield Services, LLC; and it is

FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff Wayne Chadick recover post-judgment interest on the total amount awarded herein at an annual rate of 0.13% per annum from the date of this Final Judgment until it is paid in full.

It is SO ORDERED, ADJUDGED, and DECREED.

Signed and Entered this the _____ day of October, 2013.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE